UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ZURU (SINGAPORE) PTE LTD. et al., :
:
                   Plaintiffs, :
:    21-CV-6646 (JMF)
      -v- :
:         ORDER
:
THE INDIVIDUALS, CORPORATIONS, LIMITED :
LIABILITY COMPANIES, PARTNERSHIPS, AND :
UNINCORPORATED ASSOCIATIONS :
IDENTIFIED ON SCHEDULE A TO THE :
COMPLAINT, :
:
                 Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      As stated on the record during the teleconference held earlier today, no later than **December 14, 2021**, Plaintiffs shall file supplemental submissions in support of their motion for default judgment addressing the issues raised in the conference, including but not limited to the appropriate amount of statutory damages, the risk of double-counting defaulting defendants in the proposed default judgment, the status of the non-defaulting defendants (if any), and how Plaintiffs intend to proceed with respect to those non-defaulting defendants (if any).

      It is further ORDERED that Plaintiffs serve Defendants with a copy of this Order **within one business day of the date of this order**. Such service shall be made consistent with the methods of service ordered by the Court in its August 11, 2021 Order. *See* ECF No. 12, at 7-8 ¶ 5. Plaintiff shall also file proof of such service on the docket **within two business days of service**.

      SO ORDERED.

Dated: November 23, 2021
       New York, New York
                                               JESSE M. FURMAN
                                             United States District Judge