UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
ZURU (SINGAPORE) PTE LTD. et al., :
:
               Plaintiffs, :
: 21-CV-6646 (JMF)
    -v- :
: ORDER
:
THE INDIVIDUALS, CORPORATIONS, LIMITED :
LIABILITY COMPANIES, PARTNERSHIPS, AND :
UNINCORPORATED ASSOCIATIONS :
IDENTIFIED ON SCHEDULE A TO THE :
COMPLAINT, :
:
               Defendants. :
:
-------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On December 14, 2021, Plaintiffs filed a letter indicating that, as of that date, there were two non-defaulting Defendants that remained in the case: (1) Defendant No. 143, Quefei Trading; and (2) Defendant No. 148 WoLover.  *See* ECF No. 51.  Plaintiffs shall file a letter, no later than **January 10, 2022**, regarding the status of settlement negotiations with those two Defendants.

      SO ORDERED.

Dated: January 5, 2022
       New York, New York
                                      JESSE M. FURMAN
                                     United States District Judge